**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **DONNA MARR**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>DONNA MARR,<br>　　　　　　Defendant. | No. CR-4-16-70790<br>**STIPULATION AND** [PROPOSED] **ORDER CONTINUING HEARING ON STATUS OF INDICTMENT** |

**STIPULATION**

This matter is currently set on December 15, 2016 for status of indictment. The parties jointly request that this matter be continued to January 3, 2017, in order to allow counsel to further consider discovery materials. The parties agree that waiver of time for indictment or preliminary examination under the Speedy Trial Act for effective preparation of counsel is appropriate.

　　　　　　　　　　　　　　　　　Respectfully Submitted,


Date: December 14, 2016          /S/-Brian Berson
                                 BRIAN P. BERSON
                                 Attorney for Donna Marr

1

Date: December 14, 2016           /S/-William Frentzen
                                 WILLIAM FRENTZEN
                                 Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, this matter will be continued from December 15, 2016 to January 3, 2017 at 9:30 a.m.

So ordered.

Dated: 12/14/16                  *Kandis Westmore*
                                 THE HONORABLE KANDIS A WESTMORE
                                 United States Magistrate Judge

2