**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **DONNA MARR**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>                  Plaintiff,<br>vs.<br>DONNA MARR,<br>                  Defendant. | No. CR-17-0080 YGR<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

**STIPULATION**

The defense is requesting that Ms. Marr's release conditions be modified. The government does not object to this request. Pretrial services (PTS) has also been consulted and does not object to this request. The parties agree that Ms. Marr's release conditions may be modified to allow her to reside at 30 Diamondwood Ct., Pittsburg, California, and to abide by the house rules there, including its 10 p.m. curfew. All other conditions of release not inconsistent with this stipulation should remain intact.

So stipulated,

1

Date: May 5, 2017				/S/-Brian Berson
						BRIAN P. BERSON
						Attorney for Donna Marr

Date: May 5, 2017				/S/-Joseph Alioto
						JOSEPH M. ALIOTO JR.
						Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons stated above, Ms. Marr's release conditions are modified to allow her to reside at 30 Diamondwood Ct., Pittsburg, under the above stipulated conditions. All other conditions of release not inconsistent with this order shall remain in full force and effect.

So ordered.

Dated: 5/5/17				_Kandis Westmore_
						THE HONORABLE KANDIS A WESTMORE
						United States Magistrate Judge

2