**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **DONNA MARR**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>DONNA MARR<br>                Defendant. | No.CR-17-080-YGR<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING**<br>*AS MODIFIED BY THE COURT* |

**STIPULATION**

Sentencing is currently set on July 21, 2017 at 10:00 a.m. The parties jointly request that sentencing be continued to August 17, 2017, in order to accommodate logistical issues caused by out-of-town plans of counsel and the USPO assigned to do the presentence report (PSR).

                                                Respectfully Submitted,

Date: May 30, 2017                          /S/-Brian Berson
                                                BRIAN P. BERSON
                                                Attorney for Donna Marr

1

Date: May 30, 2017          /S/-Joseph M. Alioto, Jr.
                            JOSEPH ALIOTO, JR.
                            Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the sentencing will be continued from July 21, 2017 to Ùæä^æbäá]ÊÁAugust 1IJ, 2017 atÁĞİ€€*↑.

So ordered.

Dated: May 31, 2017          _____
                            THE HONORABLE YVONNE GONZALEZ ROGERS
                            United States District Judge